1:01CR-297
J. Caldwell

Dear Clerk,                                                5-10-05

Could you please tell me the Amount of Restitution that I owe And to Whom I'm making payments? If possible I'd like a copy of all balances and payments made up to Date.

Thank You,
John W. Blair

John W. Blair
#10897-067
USP Allenwood
P.O. box 3000
White Deer, PA
17887

**FILED**
HARRISBURG, PA
MAY 13 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk



John W. Blair #10897-067
U.S.P. Allenwood
P.O. box 3000
White Deer, PA
17887

Court Clerk
Harrisburg Federal Courthouse
228 Walnut St. PA
Harrisburg, PA   17101