OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
for the
**MIDDLE DISTRICT of PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*(570) 207-5600  FAX (570) 207-5650*
*Internet address: www.pamd.uscourts.gov*

**MARY E. D'ANDREA**
*Clerk of Court*

*Divisional Offices*

*Harrisburg: (717) 221-3920*
*Williamsport: (570) 323-6380*

May 16, 2005

FILED
SCRANTON

MAY 16 2005

PER _____
DEPUTY CLERK

Inmate Accounts
USP Allenwood
PO Box 3000
White Deer, PA 17887

Re: CR 01-297
US v Blair

To Whom It May Concern:

Please be advised that our records in the above captioned case for John Blair 10897-067 indicate that the $100.00 assessment order in this case is paid. The restitution ordered of $27,090.00 has a balance due of $27,040.00.

We have received two payments of $25.00 and have applied that to the restitution. The receipt numbers are 99889 1/11/05 for $25.00 and 101156 4/11/05 for $25.00.

If any further assistance is needed, please feel free to contact this office at 570-207-5664.

Sincerely,

Mary E. D'Andrea, Clerk

By:

Nancy A. Edmunds
Financial Administrator