UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 1:01-CR-297 |
| : | |
| JOHN WESLEY BLAIR, : | |
| Defendant : | |

*O R D E R*

AND NOW, this 14th day of November, 2017, upon consideration of Defendant's motion (Doc. 68) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, and in accord with the accompanying memorandum, it is ORDERED that:

1. Defendant's motion is DISMISSED without prejudice as time-barred.

2. A certificate of appealability is GRANTED based on the analysis in the accompanying memorandum.

3. The Clerk of Court shall close the file.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge